**Affirmed and Memorandum Opinion filed October 13, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00340-CV

---

## IN THE INTEREST OF M.C., JR., A CHILD

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-01853J**

---

## M E M O R A N D U M   O P I N I O N

Appellant, T.L., appeals a final decree signed April 18, 2022, terminating her parental rights to M.C., Jr.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811-13 (Tex. Crim. App. 1978). The *Anders* procedures apply to an appeal from the termination of parental rights when an

appointed attorney concludes there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

On July 11, 2022, appellant was notified of the right to file a pro se response to the *Anders* brief. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329-30. More than thirty days have elapsed, and as of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state.

We affirm the trial court's judgment.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.

2